IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

TRINA WILLIAMS JONES,

Plaintiff,

Docket No.: 5:09CV-198-R

VS.

JURY DEMAND

CHRISTIAN COUNTY, KENTUCKY

and

ROBERT SCHNEIDER, individually and in his official capacity as an officer of the Christian County Sheriff's Office,

Defendants.

**COMPLAINT**

COMES NOW the Plaintiff, TRINA WILLIAMS JONES, and for her cause of action, herein states as follows:

I. PARTIES

1.  The Plaintiff, TRINA WILLIAMS JONES, was at all relevant times complained of herein a resident of 4170 Greenville Road, Hopkinsville, KY 42240.

2.  The Defendant, CHRISTIAN COUNTY, KENTUCKY, is a municipality incorporated under the laws of the Commonwealth of Kentucky. Service of process may be made upon the Defendant County by serving County Attorney J. Michael Foster, P. O. Box 24, Hopkinsville, Kentucky 42240. At all times relevant herein, the Christian County, Kentucky

Sheriff's Office employed Defendant Schneider.

3.     The Defendant, ROBERT SCHNEIDER, was at all relevant times herein a resident of 104 Metcalfe Drive, Hopkinsville, KY  42240 and was and still is employed as an officer at the Christian County Sheriff's Department. The acts of Schneider were done by him, not only as an individual, but by virtue of and under his authority as an officer of the Christian County Sheriff's Office, and under the color and pretense of the statutes, ordinances, regulations, customs and usages of the Commonwealth of Kentucky. Said Schneider was the servant, agent, and employee of the Christian County Sheriff's Office. He is sued individually and in his official capacity.

## II.   JURISDICTION AND VENUE

4.     This action is brought pursuant to 42 USC § 1983 and the Fourth, Fifth and Fourteenth Amendments to the United States Constitution.  Plaintiff is also asserting tort claims against all individuals and entities and reserves the right to assert additional state law claims against these Defendants.

5.     The jurisdiction of this Court is invoked under the provisions of Title 28 of the United States Code, Sections 1331 and 1343.  Plaintiff also invokes the pendant jurisdiction of this Court.

## III. FACTS

6. On or about November 21, 2008, at approximately 7:24 p.m., Officers responded to a call from Plaintiff indicating she needed assistance with her minor son, Austin. In the process of subduing her son, Plaintiff requested the officers stop using excessive force. Officer Robert Schneider shoved plaintiff knocking her to the ground causing injuries to her person. At no time did she interfere with the police officers, nor did she act otherwise unruly or unlawfully.  The

actions of Officer Robert Schneider occurred during the course of his employment as an on-duty police officer employed with the Christian County Sheriff's Office. The conduct of Officer Robert Schneider was negligent, grossly negligent, malicious and reckless. As a result of the police officers malicious, reckless and negligent conduct as described herein, the Plaintiff sustained serious injury to her person. As a result of these injuries, Plaintiff received delayed medical treatment at the hospital and was then transported to jail.

## IV. CAUSES OF ACTION

7. This Cause of Action is brought by Plaintiff against Defendant Robert Schneider, individually and in his official capacity as a Christian County Sheriff's Office Officer, for assault and battery, and for the injuries and damages sustained to her person.

8. As a direct and proximate result of the above-described illegal actions of Defendant Robert Schneider, individually and in his official capacity as a Christian County Sheriff's Office Officer Schneider, including excessive and unnecessary use of force, Plaintiff sustained severe physical injuries, causing Plaintiff great pain of body and anguish of mind; incurred substantial medical and other expenses; and lost wages and sustained diminished future earning capacity.

9. This Cause of Action is brought by Plaintiff against Defendant Robert Schneider, individually and in his official capacity as a Christian County Sheriff's Office Officer for his negligent and wrongful acts as described above in paragraph 4.

10. As a direct and proximate result of the above described negligence of Defendant Schneider, plaintiff sustained severe physical injury, causing plaintiff great pain of body and anguish of mind; incurred substantial medical and other expenses; and was prevented from transacting her usual business.

11.     This Cause of Action is brought by Plaintiff against Defendant Robert Schneider, individually and in his official capacity as a Christian County Sheriff's Office Officer, for his grossly negligent and reckless acts, including excessive and unnecessary use of force.

12.     As a direct and proximate result of the above described gross negligence and recklessness of Defendant Schneider, plaintiff sustained severe physical injury, causing Plaintiff great pain of body and anguish and mind; incurred substantial medical and other expenses; and was prevented from transacting her usual business.

13.     This Cause of Action is brought by Plaintiff against Defendant Robert Schneider, individually and in his official capacity as a Christian County Sheriff's Office Officer for deprivation of constitutional rights within the meaning of 42 U.S.C. Section 1983.

14.     The above described action subjected Plaintiff to a deprivation of rights and privileges secured to Plaintiff by the Constitution and laws of the United States, including the due process clause of the Fourteenth Amendment to the Constitution of the United States, within the meaning of 42 U.S.C. Section 1983.

15.     As a direct and proximate result of the above described gross negligence and recklessness of Defendant Schneider, plaintiff sustained severe physical injury, causing Plaintiff great pain of body and anguish and mind; incurred substantial medical and other expenses; and was prevented from transacting her usual business.

16.     This Cause of Action is brought by Plaintiff against Defendant Robert Schneider, individually and in his official capacity as a Christian County Sheriff's Office Officer, for interference with constitutional and statutory rights within the meaning of the Constitution, particularly the Civil Rights Acts, Title 42 of the United States Code, Sections 1983 and 1988, and

under the Laws of the Commonwealth of Kentucky, and particularly within the meaning of KRS 508.030, 411.010, and 411.020

17. The above-described actions interfered with Plaintiff's exercise or enjoyment of rights secured by the Constitution, particularly the Civil Rights Acts, Title 42 of the United States Code, Sections 1983 and 1988, and under the Laws of the Commonwealth of Kentucky, and particularly within the meaning of KRS 508.030, 411.010, and 411.020.

18. As a direct and proximate result of the above described gross negligence and recklessness of Defendant Schneider, plaintiff sustained severe physical injury, causing Plaintiff great pain of body and anguish and mind; incurred substantial medical and other expenses; and was prevented from transacting her usual business.

19. This Cause of Action is brought by Plaintiff against Defendant Christian County, Kentucky for negligence.

20. The above described actions by Defendant Schneider resulted from the carelessness and negligence of Defendant Christian County, Kentucky, its agents, servants, employees, or other representatives, in hiring and failing to properly train Defendant Schneider.

21. As a direct and proximate result of the above described gross negligence and recklessness of Defendant Christian County, Kentucky, plaintiff sustained severe physical injury, causing Plaintiff great pain of body and anguish and mind; incurred substantial medical and other expenses; and was prevented from transacting her usual business.

22. This Cause of Action is brought by Plaintiff against Defendant Christian County, Kentucky for the negligent conduct of its agent, servant, or employee, Defendant Schneider, including Defendant Schneider's excessive and unnecessary use of force.

23. As a direct and proximate result of the above described negligence of Defendant Schneider, while an agent, servant, or employee of Defendant Christian County, Kentucky, Plaintiff sustained severe physical injury, causing Plaintiff great pain of body and anguish and mind; incurred substantial medical and other expenses; and was prevented from transacting her usual business.

24. This Cause of Action is brought by Plaintiff against Defendant Christian County, Kentucky for the grossly negligent and reckless conduct of its agent, servant, employee, Defendant Schneider.

25. As a direct and proximate result of the above described gross negligence and recklessness of Defendant Schneider, while an agent, servant, or employee of Defendant Christian County, Kentucky, Plaintiff sustained severe physical injury, causing Plaintiff great pain of body and anguish and mind; incurred substantial medical and other expenses; and was prevented from transacting her usual business.

26. This Cause of Action is brought by Plaintiff against Defendant Christian County, Kentucky for deprivation by its agent, servant, or employee, Defendant Robert Schneider, of constitution rights within the meaning of 42 U.S.C. Section 1983.

27. The above-described actions of Defendant Schneider, while an agent, servant, or employee of Defendant Christian County, Kentucky, subjected Plaintiff to a deprivation of rights and privileges secured to Plaintiff by the Constitution and laws of the United States, including the due process clause of the Fourteenth Amendment to the Constitution of the United States, within the meaning of 42 U.S.C. Section 1983.

28. As a direct and proximate result of the above mentioned unconstitutional acts of

Defendant Schneider, while an agent, servant, or employee of Defendant Christian County, Kentucky, Plaintiff sustained severe physical injury, causing Plaintiff great pain of body and anguish and mind; incurred substantial medical and other expenses; and was prevented from transacting her usual business.

29. This Cause of Action is brought by Plaintiff against Defendant Christian County, Kentucky for the interference by its agent, servant, or employee, Defendant Schneider, of constitutional and statutory rights within the meaning of by the Constitution, particularly the Civil Rights Acts, Title 42 of the United States Code, Sections 1983 and 1988, and under the Laws of the Commonwealth of Kentucky, and particularly within the meaning of KRS 508.030, 411.010, and 411.020.

30. The above-described actions of Defendant Schneider, while an agent, servant, or employee of Defendant Christian County, Kentucky, interfered with plaintiff's exercise of enjoyment of rights secured by the Constitution and laws of the Commonwealth of Kentucky, and more particularly the Civil Rights Acts, Title 42 of the United States Code, Sections 1983 and 1988, and under the Laws of the Commonwealth of Kentucky, and particularly within the meaning of KRS 508.030, 411.010, and 411.020.

31. As a direct and proximate result of the above mentioned unconstitutional acts of Defendant Schneider, while an agent, servant, or employee of Defendant Christian County, Kentucky, Plaintiff sustained severe physical injury, causing Plaintiff great pain of body and anguish and mind; incurred substantial medical and other expenses; and was prevented from transacting her usual business.

WHEREFORE, the Plaintiff prays and demands judgment against the Defendants,

CHRISTIAN COUNTY, KENTUCKY and ROBERT SCHNEIDER, in accordance with the provisions of the Complaint, all sums being within the jurisdictional amount of this Court, as follows:

(a) Compensatory damages for past, present, and future pain and suffering;

(b) Past, present, and future medical expenses;

(c) Costs herein expended, including reasonable attorney's fees, as allowed in 42 U.S.C. Section 1988, and court costs;

(d) Pre-judgment and post-judgment interest;

(e) Punitive damages;

(f) Trial by jury; and

(g) For such other and further relief as this Court may deem appropriate under the circumstances.

> Respectfully Submitted,
>
> BATSON, NOLAN,
> PEARSON, MILLER & JOINER
>
>
> By: /s/ Mark Nolan
>     Mark Nolan
>     *Attorney for Plaintiff*
>     121 South Third Street
>     Clarksville, Tennessee 37040
>     (931) 647-1501