IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| TRINA WILLIAMS JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No.: 5:09-cv-198-TBR |
| ) | |
| VS. ) | Electronically Filed |
| ) | |
| ) | |
| CHRISTIAN COUNTY, KENTUCKY, et. al. ) | |
| ) | |
| Defendants. ) | |

## **MOTION**

COMES NOW the parties jointly and moves the Court to amend the previously entered Order as a criminal matter is pending relevant to this case and has not yet been tried. As a result, discovery cannot move forward at this time.

WHEREFORE the parties respectfully request this Order be entered.

Dated this 15th day of July, 2010.

/s/ Stephanie D. Ritchie
Stephanie D. Ritchie
Mark Nolan
BATSON NOLAN PLC
121 South Third Street
Clarksville, Tennessee 37040
Telephone: (931) 647-1501
Facsimile: (931) 553-0153

*Counsel for the Plaintiff*

/s/ Harold J. Johns
Harold M. Johns
12 Public Square
P.O. Box 746
Elkton, Kentucky 42220
Telephone: (270) 265-2912
Facsimile: (270) 265-2054


J. Michael Foster
209 East Fourteenth Street
Hopkinsville, Kentucky 42241-0024
Telephone: (270) 887-4114
Facsimile: (270) 886-3910

*Counsel for the Defendants*