IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| TRINA WILLIAMS JONES, )<br>)<br>Plaintiff, )<br>)<br>) | Civil Action No.: 5:09-cv-198-TBR |
| )<br>VS. )<br>) | Electronically Filed |
| )<br>CHRISTIAN COUNTY, KENTUCKY, et. al. )<br>)<br>Defendants. ) | |

**AGREED ORDER AMENDING REPORT OF
PARTIES' PLANNING CONFERENCE AND
PRE-TRIAL SCHEDULING ORDER**

For good cause shown, and per agreement of the parties as evidenced by the signatures of their respective counsel, it is hereby **ORDERED, ADJUDGED, AND DECREED**, that the Discovery Plan set forth in the Report of Parties' Planning Conference shall be amended as follows:

(1) Discovery shall be concluded by November 30, 2010. Discovery will be needed regarding the claims made by the Plaintiff in her Complaint and the defenses raised by the Defendants. The parties agree a maximum number of interrogatories and requests for admissions by each party to the other is not necessary. The parties agree to limit neither the number nor length of the depositions.

(2) The Plaintiff will identify any expert witnesses by September 15, 2010. The Defendants will designate expert witnesses by October 15, 2010. Deposition of experts will be concluded by December 31, 2010.

(3) Parties agree that any additional parties will be joined, or pleadings amended by September 1, 2010.

(4) The parties agree dispositive motions are due by January 15, 2011.

(5) The parties inform the Court that they believe the matter will be ready for trial after March 1, 2011 and it is anticipated the trial will take three (3) days.

(6) Counsel for the parties have discussed this matter and at the present time are unable to predict whether or not settlement is possible or alternative dispute resolution mechanisms might be successful. The parties request a mediation conference in December, 2010.

**ENTERED** this _____ day of _____, 2010.

_____
JUDGE

APPROVED FOR ENTRY:

/s/ Harold J. Johns  (permission obtained)
Harold M. Johns
12 Public Square
P.O. Box 746
Elkton, Kentucky 42220
Telephone: (270) 265-2912
Facsimile: (270) 265-2054

J. Michael Foster
209 East Fourteenth Street
Hopkinsville, Kentucky 42241-0024
Telephone: (270) 887-4114
Facsimile: (270) 886-3910

*Counsel for the Defendants*

/s/ Stephanie D. Ritchie
Stephanie D. Ritchie
Mark Nolan
Batson, Nolan, PLC
121 South Third Street
Clarksville, Tennessee 37040
Telephone:  (931) 647-1501
Facsimile:  (931) 553-0153

*Counsel for the Plaintiff*