IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| TRINA WILLIAMS JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No.: 5:09-cv-198-TBR |
| | ) | |
| VS. | ) | Electronically Filed |
| | ) | |
| | ) | |
| CHRISTIAN COUNTY, KENTUCKY, et. al. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RULE 26 EXPERT DISCLOSURES**

Comes now Plaintiff, and hereby discloses the following expert witnesses to testify on her behalf at the trial of this matter:

1) Dr. Richard Weinblatt
   309 Hunters Point
   Longwood, Florida 32779-2201

   Dr. Weinblatt's List of Rule 26(a)(2)(B)(iv) and (v) Disclosures regarding qualifications, publications and other cases in which witness has testified as an expert, and Curriculum Vitae is attached.

2) Plaintiff notes that discovery is ongoing and deadline for completion of same is not later than October 1, 2011. As a result of same, and when considering the ongoing investigatory process, a complete statement of all opinions the witness will express cannot properly be provided at this juncture, but will be immediately supplemented on or before the closure of discovery.

QUALIFICATIONS OF EXPERT WITNESS

Dr. Richard Weinblatt has worked in the police expert case consulting field since 1989. His extensive qualifications include a background as a police chief, police academy director, and criminal justice professor. He has worked in many areas of the United States and gained much notoriety as an expert in his field of expertise, and he has written and published several books, produced multiple police training videos, taught many college level degree academic courses, and appears regularly in the National Media on topics of proper police procedures and other related topics pertaining to law enforcement.

He will testify based on his education, training, background, experience and review of relevant records.  These Plaintiffs would state that discovery is not yet complete and depositions have yet to be taken in this matter.  The opinions of Dr. Richard Weinblatt are based upon the information presently available to him, and Plaintiff hereby reserves the right to supplement said opinions based upon information and testimony provided in the future.

SUMMARY OF THE FACTS AND GROUNDS FOR THE
OPINIONS EXPECTED FROM THIS WITNESS

The witness has and/or will review the following materials including but not limited to:

1) Complaint;
2) Answer;
3) Plaintiff's Rule 26 Disclosures;
4) Defendants' Rule 26 Disclosures;
5) Articles of Kentucky New Era, edition from April 29, 2011;
6) Personnel file of Robert Schneider;
7) Various training manuals applicable to the allegations set forth in the Complaint in addition to training manuals and/or documents pertaining to police procedure provided to and/or made accessible to Robert Schneider in conjunction with his employment the Christian County Sheriff's Department.
8) 911 dispatch tape of call from 4170 Greenville Road, dated November 21, 2008;
9) Air tape (dispatch to officers);

10) Dispatch detail logs;
11) All internal reports of the Christian County Sheriff's Department pertaining to any claim and/or investigation arising from allegations of police brutality and/or excessive force on the part of Robert Schneider;
12) Any and all documents contained within the Christian County District Court Case File, No. O8M-2078, including all video-taped in-court proceedings of said matter;
13) Policies of the Christian County Sheriff's Department; and
14) Any and all depositions of the parties and all exhibits and materials referenced within such depositions.

This witness will offer opinion testimony as to be outlined in his disclosures concerning the reasonableness of the subject incident, the reasonableness of the force used during the subject incident, the appropriateness of the medical attention provided during the subject incident, the appropriateness of the Christian County Sheriff's Office policies and procedures, including training and retention of deputies generally and specifically with regard to Robert Schneider; and the appropriateness of the lack of disciplinary measures taken against those involved in the subject incident.

BATSON NOLAN PLC


By: /s/ Stephanie D. Ritchie
    Mark Nolan
    Stephanie D. Ritchie
    Attorneys for Plaintiff
    121 South Third Street
    P. O. Box O
    Clarksville, TN  37041
    (931) 647-1501
    (931) 553-0153

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing has been forwarded via the Court's electronic filing system, mailed, postage prepaid, or hand delivered to the following, on this 1st day of August, 2011:

Hon. Harold M. Johns
12 Public Square
P. O. Box 746
Elkton, KY  42220

Hon. J. Michael Foster
209 East Fourteenth Street
P. O. Box 24
Hopkinsville, KY  42240

                                BATSON NOLAN PLC


                                By: :  /s/ Stephanie D. Ritchie
                                    Mark Nolan
                                    Stephanie D. Ritchie