UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUACH DIVISION

| | |
|---|---|
| TRINA WILLIAMS JONES, | ) |
| Plaintiff | ) ) ) |
| | ) Civil Action # 5:09-cv-198-TBR |
| v. | ) |
| | ) Electronically Filed |
| CHRISTIAN COUNTY KENTUCKY, et al. | ) ) ) ) ) |
| Defendants | ) |

## DESIGNATION OF EXPERT BY DEFENDANTS

COME the Defendants, by counsel, and give notice to the Plaintiff that the Defendants may call as an expert witness herein, Mike Bosse. Mr. Bosse's resume is attached hereto and made apart hereof. Mr. Bossy will testify regarding appropriate police procedures and the Defendant's adherence to those procedures.

                                      s/Harold M. Johns_____
                                      Harold M. Johns
                                      12 Public Square.
                                      Elkton, Kentucky
                                      Telephone:  (270) 265-2912
                                      Facsimile:  (270) 265-2054
                                      ***Attorney for Defendant***

                                      J. Michael Foster
                                      209 East Fourteenth Street
                                      Hopkinsville, Kentucky 42241-0024
                                      Telephone:  (270) 887-4114)
                                      Facsimile: (270) 886-3910
                                      mfoster@hopkinsville.net
                                      ***Co-Counsel for the Defendants***

2

## CERTIFICATE OF SERVICE

On the 1st day of September, 2011 the undersigned filed this document through the ECF system, which will send a notice of electronic filing to:

Hon. Mark Nolan
Hon. Stephanie D. Ritchie
Batson, Nolan,
Pearson, Miller & Joiner
121 South Third Street
Clarksville, TN 37040
*Attorney for the Plaintiff*

s/<u>Harold M. Johns</u>