IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| TRINA WILLIAMS JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No.: 5:09-cv-198-TBR |
| | ) | |
| VS. | ) | Electronically Filed |
| | ) | |
| | ) | |
| CHRISTIAN COUNTY, KENTUCKY, et. al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

COME NOW the parties jointly and move the Court to amend the previously entered Amended Scheduling Order of March 18, 2011. The criminal trial of the Plaintiff was held in Christian District Court on April 19, 2011, and as a result, discovery has been substantially delayed and is not complete at this time.

WHEREFORE the parties respectfully request this Order be entered.

Dated this 29th day of September, 2011.

/s/ Stephanie D. Ritchie
Stephanie D. Ritchie
Mark Nolan
BATSON NOLAN PLC
121 South Third Street
Clarksville, Tennessee 37040
Telephone: (931) 647-1501
Facsimile: (931) 553-0153

*Counsel for the Plaintiff*

/s/ Harold J. Johns
Harold M. Johns
12 Public Square
P.O. Box 746
Elkton, Kentucky 42220
Telephone: (270) 265-2912
Facsimile: (270) 265-2054


J. Michael Foster
209 East Fourteenth Street
Hopkinsville, Kentucky 42241-0024
Telephone: (270) 887-4114
Facsimile: (270) 886-3910

*Counsel for the Defendants*