UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUACH DIVISION

| | |
|---|---|
| TRINA WILLIAMS JONES, | ) |
| Plaintiff | ) ) ) ) |
| vs. | ) Civil Action # 5:09-cv-198-TBR ) |
| CHRISTIAN COUNTY KENTUCKY, et al, | ) ) Electronically Filed |
| Defendants | ) ) |

## MOTION FOR SUMMARY JUDGMENT

Come the Defendants, by and through counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and move the Court for Summary Judgment. In support of this Motion, these Defendants rely upon the Memorandum attached hereto.

Respectfully submitted,

s/Harold M. Johns
Harold M. Johns
Attorney for the Defendants
12 Public Square
P.O. Box 746
Elkton, Kentucky 42220
Telephone: 270-265-2912
Facsimile: 270-265-2054
hmjohns@johnslawfirm.com

J. Michael Foster
Christian County Attorney
P.O. Box 24
Hopkinsville, Kentucky 42240
Telephone: 270-887-4114
Facsimile: 270-886-3910
mfoster@hopkinsville.net

1

## CERTIFICATE OF SERVICE

On the 30th day of September, 2011, the undersigned filed this document through the ECF system, which will send a notice of electronic filing to:

Hon. Mark Nolan
Hon. Stephanie D. Ritchie
Batson, Nolan, Pearson, Miller & Joiner
121 South Third Street
Clarksville, Tennessee 37040

                                              s/Harold M. Johns
                                              Harold M. Johns