1  Q.    Okay. Now, that evening, November 21st of 2008,
2  had you worked at the school that day?
3  A.    Yes.
4  Q.    What time did you go to work that morning?
5  A.    I would've had to been there at 7:45.
6  Q.    Okay. Your son ride to school with you?
7  A.    Well, at that time he was in alternative school
8  and he would ride with me either as far as North Drive or
9  Houchens, depending on where -- what bus driver it was and
10 where she would be picking him up. I'm thinking that I
11 would drop him at North Drive to get on the alternative
12 bus, and then they would drop him off earlier than I got
13 off of work that day at Houchens. When I got off I went
14 over there to get him.
15 Q.    Is that the day he stayed at Houchens instead of
16 going to alternative school?
17 A.    No, he went to school. All this happened after
18 school.
19 Q.    Okay. Did some incident occur after school with
20 your son at the store?
21 A.    I will say that something happened at the store.
22 Do I have direct knowledge what? I didn't see it. I was
23 informed by him later that he had obtained something at the
24 store.
25 Q.    Okay. And what had he obtained at the store?

EXHIBIT A

- 27 -