1  A.  Not right away.

2  Q.  Okay.

3  A.  He wouldn't talk. He just kept his mouth shut.

4  Q.  All right. When -- after you picked him up at

5  Houchens that afternoon, where did you all go?

6  A.  Well, I know we had to pick cat food up at

7  Fred's. I needed to stop and get cigarettes. And between

8  Houchens and Fred's was when I realized that he was, well,

9  ultimately drinking. I didn't really know what it was, to

10 be honest with you. I could smell something, but I'm not a

11 drinker so I didn't know what, and I kept smelling it and I

12 kept thinking, "What is that smell?" I said, "Austin, what

13 is that smell?" When he turned around and looked at me, of

14 course, it hit me in the face. Then I knew that it had to

15 be alcohol.

16 Q.  So when you noticed that what did you do?

17 A.  I -- well, of course, I didn't know how much he

18 drank. I was not expecting him to be thoroughly

19 intoxicated. I went to Fred's, I got the cat food, and in

20 the few minutes -- I mean, I'm talking these are just

21 minutes. These are not like an hour, I'm talking minutes

22 -- he's getting more and more inebriated, and he's telling

23 me he's sorry, and he's crying, because I was mad. I was

24 very angry.

25                    (Witness emotional)

EXHIBIT B

- 29 -