1  A.      And I should have been.
2  Q.      Where did you go from Fred's?
3  A.      I went across the street and went on to the Max
4  Fuel on the corner because I had to use the restroom, too.
5  So I went to that one, and I went to the restroom, and I
6  bought my cigarettes, and I got back to the car and he's
7  getting pretty -- I don't even know the proper term --
8  drunk.  So I think, you know, if I get something to eat for
9  him and it will absorb some of the alcohol.  So we go to
10 McDonald's and I get him something to eat and we go home.
11 Q.      About what time did you get home?
12 A.      Well, let's see, he probably got to the car just
13 a few minutes after 3:00 because I had gotten off of work
14 at 2:45.  I drove to Fred's, I went in, bought the cat
15 food.  I'm going to say 4:30.  It was starting to get dark.
16 It hadn't quite got dark, dark yet, but it was getting
17 there.
18 Q.      Okay.  After you got home what did you do?
19 A.      I told him to sit down at the table and eat, and
20 he did.  And I told him, I said, "You need to go upstairs
21 and go to bed, and we'll talk about this tomorrow."  I'm
22 thinking at this time -- I'm really still not getting the
23 how, you know, intoxicated he is, because, you know, I'm --
24 there again, I'm not a drinker, and he's telling me he's
25 sorry and he's crying, and, "I'm sorry, Mamma.  I know I'm

EXHIBIT C

- 30 -