1    a mess up, and I know" -- things such as that.  And I tell

2    him, "Just go upstairs and go to bed and we'll talk about

3    it tomorrow.  I don't want to talk about it tonight, Son."

4    Q.        Who else was home?

5    A.        Just us.

6              Would this be a good time -- could I take a

7    break?  I mean --

8    Q.        If you'd like a break, we'll --

9    A.        I really -- just a couple of minutes.

10   Q.        -- let you have a break.

11

12                       (OFF THE RECORD)

13

14                  COURT REPORTER:  We're back on.  Thank

15        you.

16   Q.        Ms. Jones, we've had a little short break, and

17   you had told me that you and your son got home and had been

18   sitting at the table.  He had something to eat, you had

19   told him to go up to his room.  Did he go up to his room?

20   A.        I escorted him up to his room because he was -- I

21   was afraid that he might fall down the steps, so -- I

22   didn't -- I didn't help him, he walked on his own, but I

23   walked behind him just in case he fell, because they're

24   very steep steps.

25   Q.        Okay.  Did you get him to his room?



EXHIBIT

D

- 31 -