```
 1  A.      I did.
 2  Q.      Okay.  Do you remember about what time that was?
 3  A.      I would say around 5:30 or so.
 4  Q.      Okay; all right.  When did you next see your son?
 5  A.      Well, I stood there a minute, and, you know, he
 6  kept telling me over and over again --
 7                  (Witness emotional)
 8  A.      -- how sorry he was.  It -- being a mother, it
 9  hurts me deeply.
10                  (Witness emotional)
11  A.      And I kissed him, I told him I loved him, and I
12  went back down the steps, and a couple of minutes later he
13  come down behind me.
14  Q.      Okay.  What happened when he came down?
15  A.      He wanted to call his friend, Mikayla -- and I
16  live in a very old home so you only have one phone in the
17  home -- and he wanted her to come over and see him.  And so
18  I allowed him to call her, and she said, "When I finish
19  with dinner with my folks I'll be over."
20  Q.      Does Mikayla have a last name?
21  A.      Hale.
22  Q.      Okay.  So Mikayla tells your son that when she
23  finishes dinner she's coming over?
24  A.      Yes.
25  Q.      Did she come over?
```

EXHIBIT E

- 32 -