1 fellow that he works with switched that week. I forget the
2 reason why. But the guy needed to work day shift so he
3 asked Dale if he would work second shift, and they -- they
4 did that, they switched. Dale was on seconds and that guy
5 took his position on first just for that week.
6 Q.          Okay; all right.
7 A.          But since then, now Dale is full-time on second
8 shift because he bid into that for more money.
9 Q.          Did your son go back upstairs after the last call
10 with Mikayla?
11 A.          I -- I don't believe we went back up. No; he sat
12 down in the chair in the kitchen. I was asking him to go
13 upstairs.
14 Q.          Okay.
15 A.          Because I just wanted him to go to sleep. I was
16 upset.
17 Q.          What was his demeanor?
18 A.          Have you ever -- I don't know if you have
19 children, but when a kid's around four or five years old
20 and they ask you a hundred zillion questions in five
21 minutes, that's basically the way he was, just annoying
22 question, "Are you mad at me, Mom? I'm sorry, Mom. I love
23 you, Mom. Please don't be mad at me, Mom," just constantly
24 over and over and over and over. And, of course, I'm upset
25 and I tell him, "Son, please go upstairs. Just" -- you

EXHIBIT F