```
 1    know, I'm crying, I'm upset.  I just -- I want -- I could
 2    have at that point just went to bed myself, you know, and
 3    headed -- you know, just go to sleep and be done.
 4    Q.        Uh-huh.  So he's asking you question upon
 5    question, you're asking him to go up --
 6    A.        Just irritating the snot out of me.
 7    Q.        You're asking him to go up --
 8    A.        Stairs.
 9    Q.        -- stairs?
10    A.        And go to bed.
11    Q.        Are your voices raised?
12    A.        No, because I don't -- I'm trying to, at all
13    costs, not to raise my voice because I don't want to
14    provoke him.  I've seen people who are intoxicated before.
15    You know, you don't -- what would it have benefited me to
16    start raising my voice at him?
17    Q.        Okay.  Well, how long did this series of
18    questions and apologies go on?
19    A.        Well, ever since not long after I picked him up
20    from school until this incident, just constantly, just over
21    and over and over, until I finally said, "Son, if you don't
22    go upstairs I'm going to have to call somebody."  And he
23    said, "I'll do it," and he did.
24    Q.        Okay.  Did he stay upstairs?
25    A.        He didn't go upstairs.
```

EXHIBIT G