## Call for Service
## Emergency Communications Center
## Hopkinsville, Kentucky
## November 21, 2008

Dispatch: EOC 911… hello.

First Caller: Hey Bitch, I'm drunk come pick me up.

Dispatch: Where are you at?

First Caller: I'm at 4170 Greenville Road.

Dispatch: Okay what's wrong…hello….

Second Caller: Hello.

Dispatch: Yes, this is EOC I'm calling for the Sheriff's Department.

Second Caller: Yes.

Dispatch: Alright who's causing the problem?

Second Caller: Well he isn't causing a problem it's my idiot brother.

Dispatch: What's his name?

Second Caller: Uh, I'm not going to give it to you.

Dispatch: Huh.

Second Caller: I'm not going to give it to you it's not big deal.

Dispatch: Well the police are on their way.

Second Caller: Well they can be on their way but I'm not pressing charges.

Dispatch: Okay you're at 4170 correct.

Second Caller: Well you got it there on your thing.

Dispatch: Alright, is this Trina Jones.

Second Caller: Yeah.



EXHIBIT H

Dispatch: Okay. What's your brother's name?

Second Caller: I'm not going to tell you that; I'm not pressing charges.

Dispatch: Okay well they will be there shortly.

Second Caller: Well that's fine.

Dispatch: Okay.

Second Caller: But he is going upstairs and going to sleep.

Dispatch: Okay.

Second Caller: Alright.


COMMONWEALTH OF KENTUCKY

COUNTY OF TODD

The foregoing was transcribed by me, Ashley Powell, on September 15, 2011.

My Commission Expires: July 21st 2012

*Ashley N Powell*

Notary Public, State at Large