```
 1  Q.        He didn't go upstairs?  Okay.
 2  A.        What I said was, and you probably couldn't
 3  understand me was, is I told him I was going to have to
 4  call somebody, and I meant his dad, because normally, under
 5  normal circumstances, he would have been there, and he
 6  wasn't, and I could have used him because I was alone, you
 7  know, and I felt like in this particular instance you
 8  needed two parents there.
 9  Q.        Now --
10  A.        Because that was the first time I had ever saw my
11  son intoxicated and I took it very hard.
12  Q.        Now, you told your son you're going to have to
13  call somebody.  What was his reaction to that?
14  A.        "I'll do it," and I guess he thought I meant the
15  police because that's who he called.  And then he hung up
16  the phone and they called right back and I answered.
17  Q.        Okay.  So he called -- am I understanding
18  correctly that your son called 911?
19  A.        Yes.
20  Q.        And the 911 operator called right back?
21  A.        Yes.
22  Q.        And you answered?
23  A.        I did.
24  Q.        What did you report to the 911 operator?
25  A.        I said, "He's an annoying drunk.  I don't need"
```

**EXHIBIT I**