UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:09-cv-198-TBR

TRINA WILLIAMS JONES,                                        PLAINTIFF

VS.

CHRISTIAN COUNTY, KENTUCKY, et al.,                          DEFENDANTS

### AFFIDAVIT

The Affiant, Judy Toombs, being first duly sworn states as follows:

1. I am the Director of Emergency Services in Christian County, Kentucky.

2. It is the policy of Emergency Services that, when a caller to 911 terminates the call or is disconnected, the dispatcher attempts to get the caller back on the line and dispatches officers to the location from which the call was made.

Further the Affiant sayeth not.

                                               Judy Toombs
                                               Director of Emergency Services
                                               Christian County, Kentucky

COMMONWEALTH OF KENTUCKY

COUNTY Christian

Subscribed and sworn to before me by Judy Toombs, Director of Emergency Services, Christian County, Kentucky, this 22 day of September, 2011.

My Commission Expires: May 27, 2013

                                               Patricia A. Jaynes
                                               Notary Public, State at Large

EXHIBIT J

1