UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:09-cv-198-TBR

TRINA WILLIAMS JONES,                                          PLAINTIFF

VS.

CHRISTIAN COUNTY, KENTUCKY, et al.,                            DEFENDANTS

## AFFIDAVIT

The Affiant, Robert Schneider, being first duly sworn states as follows:

1. I was a Deputy employed with the Christian County Sheriff's Office at all times relevant to the allegations set forth in the Plaintiff's Complaint.

2. On the evening of November 21, 2008 I was dispatched to 4170 Greenville Road, Hopkinsville, Kentucky, the Jones' residence.

3. I was the first to arrive at the Jones' residence at approximately 7:00 p.m. Captain Cooksey and Sergeant Wallace arrived a short time after me to provide "back-up".

4. I walked to the left side (North Side) of the house and observed a white male juvenile dressed in only his underwear running toward me screaming and cursing at me to get off his property.

5. The juvenile continued to run toward me and I could see by his demeanor and the look on his face that he was very irate. Ms. Jones was following him from behind the house yelling.

6. I ordered the juvenile to get on the ground because the juvenile's actions made me believe he was an immediate danger to me. The juvenile continued to come



1

toward me and would not comply with my commands to stop and get on the ground.

7. The juvenile continued to come at me so I began to back up keeping a safe distance between him and me. I warned the juvenile to stop or I would tase him. The juvenile continued toward me yelling and cursing with Ms. Jones still following him also yelling.

8. I deployed my taser and it caused the juvenile to fall to the ground. The juvenile tried to get back up ignoring my commands to stay on the ground and roll onto his stomach and put his hands behind his back, so I administered the taser again, causing the juvenile to go back onto the ground where he then complied with my command to stay on the ground but he continued to yell and curse.

9. I knelt down to handcuff the juvenile but Ms. Jones continued to come toward me yelling and refusing to comply with my numerous commands to stay back. Ms. Jones came within arm's reach of me and she was still yelling at me, so at this point I felt that Ms. Jones' actions were an immediate threat toward me and she was interfering with the arrest of her son.

10. I pushed Ms. Jones back with an open palm in an attempt to get her away from me. Ms. Jones fell backwards landing onto her buttocks only a few feet from me.

11. At the same time that I had pushed Ms. Jones back away from me, Captain Cooksey and Sergeant Wallace were walking up toward me. I told Captain Cooksey and Sergeant Wallace to arrest Ms. Jones. I was then able to finish restraining the juvenile.

12. I transported the juvenile to the jail while Captain Cooksey transported Ms. Jones to the jail.

13. I later drove Ms. Jones to the hospital.

Further the Affiant sayeth not.

_____
Robert Schneider

COMMONWEALTH OF KENTUCKY  )
                          )
COUNTY __Logan__          )

Subscribed and sworn to before me by Robert Schneider, this 29th day of September, 2011.

My Commission Expires: __7/15/15__

_____
Notary Public, State at Large

3