1  Q.     Okay. And do I understand correctly that there
2  was no physical violence between you and your son there at
3  your home?
4  A.     None. There was a hole in the wall but it wasn't
5  from him. We were trying to -- I mean, the hole in the
6  wall that the officers were -- tried to say was from him
7  was from weeks earlier when we were trying to get a
8  mattress up those steps that are like this (gesturing)
9  wide, and we did it, and since I finally cut it out and
10 just left it empty.
11 Q.     Okay. Now, had your son consumed any marijuana
12 on this particular evening?
13 A.     Not that I'm aware of.
14 Q.     Okay. Now, do you remember what time any of the
15 police officers arrived?
16 A.     It was around 7:00 or a little after, if I
17 remember correct. I'm not exactly sure around the time,
18 but that was about it. But, there again, the 911 call,
19 they were there within just a few minutes.
20 Q.     Okay. Now, how many officers arrived?
21 A.     It was three cars and -- one, two -- three in
22 uniform, and one out of uniform and a canine.
23 Q.     Did the canine, the dog, ever --
24 A.     Deploy?
25 Q.     -- get out of the car?

EXHIBIT

- 40 -