```
1   A.      No, sir. I'm sorry.
2   Q.      Okay. How did you first realize the police
3   officers were at your residence?
4   A.      I'm thinking that I seen their lights through the
5   window, is what I'm thinking. I don't remember if I seen
6   the lights first or if they knocked at the door first, but
7   both of those things were within just a few seconds of one
8   another.
9   Q.      Okay.
10  A.      And when they got there they knocked on the door,
11  and I believe I seen them first through the window.
12  Q.      Okay. Did you answer the door?
13  A.      I was trying, but I was trying to keep Austin
14  from going to the door. I didn't want him going to the
15  door because I didn't want him getting in trouble, I wanted
16  to handle it myself. And ultimately he did hisself in and
17  he paid the price for that instance. He gave up like
18  twenty-six or seven months of his life.
19  Q.      Was he in juvenile detention all that time?
20  A.      No.
21  Q.      Did he live at home all that time?
22  A.      No. He was in juvenile detention for two weeks.
23  He got out and he went directly into the drug court program
24  within a short amount of time. He was on house arrest. I
25  don't know if we went right into day treatment or not. I'm
```


EXHIBIT M

- 41 -