```
 1  before a judge or anything.  And it was ultimately
 2  dismissed and I guess everybody was -- I don't know --
 3  happy to drop it.  I don't know.
 4  Q.         Okay.  Let's go back to when the police officers
 5  knocked on the door your son's trying to get to the door,
 6  you're trying to get to the door.  Which one of you got to
 7  the door first?
 8  A.         They called the house phone.
 9  Q.         Okay.
10  A.         I had to go back -- well, no, they didn't.  No,
11  that's not true.  My father-in-law called the house phone.
12  I thought it was the officers so I went to answer the
13  phone, and when I heard it was my father-in-law I said,
14  "Edwin, I can't talk to you right now.  I've got to go,"
15  and I hung up the phone.  And as I rounded the corner
16  Austin was on his way out the door.  And I yelled at him,
17  "Austin, don't go out there.  Son, you need to stay in the
18  house."  Obviously, he didn't do that.
19  Q.         What did -- what did you do after you saw Austin
20  going out the door?
21  A.         I followed him.
22  Q.         Okay.  When you got out the door where was
23  Austin?
24  A.         Oh, he was -- he was probably about ten feet in
25  front of me, maybe fifteen.  Officer Schneider was on the
```

**EXHIBIT N**

- 43 -