```
 1   A.        They were having words.  I couldn't hear what
 2   they were saying because the -- you could hear the radios
 3   going off.  And they -- Officer Schneider immediately, I
 4   mean, instantly, went into yelling, which caught me off
 5   guard, and he throwed the taser on my kid.
 6                  (Witness emotional)
 7   Q.        What was he saying to your son?
 8                  (Witness emotional)
 9   A.        He was hurling some pretty graphic curse words at
10   him, "Get on the f-ing ground."
11   Q.        Was your son clearly intoxicated?
12   A.        You know, when he went -- was he staggering all
13   over the place at that time?  No.  But he was in his
14   underwear, and it was, I think, like eighteen degrees
15   outside, and I'm thinking that anybody that's not
16   intoxicated is not going to be out there in their
17   underwear.
18   Q.        Okay.  And your son had already disregarded your
19   instructions to him to stay inside.  He had gone outside
20   and was -- wanted to meet the officers.  He had gone
21   outside and met the officers.  I --
22   A.        Well, he said, "I'm going to go out and talk to
23   them."  And I'm thinking, "Boy, you look like you need to
24   be out there talking to them."  That's exactly what I
25   thought.  As I come around the -- when you come in my home,
```



EXHIBIT O