1  Deputy Cooksey?
2  A.        He was -- at that time he was still several -- he
3  was probably fifteen feet away, twenty feet.  He was -- he
4  wasn't real close yet.
5  Q.        Okay; all right.  And then the other deputy?
6  A.        The older gentleman, and I can't think of his
7  name, but I will look it up here in just a moment, he was
8  -- he was closer to Officer Schneider than myself.  He was
9  even further than that, thirty-five, forty feet, maybe.
10 But you have to -- my yard is very -- is large, and when
11 you come out the back door you've got like, my goodness, a
12 football field, close to a football field, there.
13 Q.        So you're telling me you have to walk the length
14 of a football field from where you would park a vehicle to
15 get to the back of your house?
16 A.        No.  But if you're walking this way (gesturing),
17 which is how they -- that's how they spread out, was this
18 a'way (gesturing), Officer Cooksey come this way
19 (gesturing), Schneider that way (gesturing), and the other
20 one, he kind of stayed back off over there by -- the
21 weigelas is at the end of the sidewalk.
22 Q.        You said you were about ten to fifteen feet
23 behind your son.  Deputy Schneider was on the sidewalk.
24 Did your son and Deputy Schneider engage in any
25 conversation or have any words?


EXHIBIT P

- 45 -