UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:09-cv-198-TBR

TRINA WILLIAMS JONES,                                    PLAINTIFF

VS.

CHRISTIAN COUNTY, KENTUCKY, et al.,                      DEFENDANTS

## AFFIDAVIT

The Affiant, Timothy Cooksey, being first duly sworn states as follows:

1. I am a Captain currently employed with the Christian County Sheriff's Office and I was employed in that capacity at all times relevant to the allegations set forth in the Plaintiff's Complaint.

2. On the evening of November 21, 2008 I was dispatched to 4170 Greenville Road, Hopkinsville, Kentucky, the Jones' residence.

3. My wife, Tracey Cooksey, also a Deputy Sherriff, was riding along in my vehicle on that night but she did not exit the vehicle while we were at the Jones' residence.

4. When I arrived at the Jones' residence, Deputy Schneider was on the ground, straddling the juvenile in an attempt to place handcuffs on the juvenile.

5. Trina Jones was standing over Deputy Schneider within arms length screaming.

6. I heard Deputy Schneider instructing Ms. Jones to step back.

7. Ms. Jones did not comply with Deputy Schneider's order for her to step back and at that point Deputy Schneider pushed Ms. Jones out of the way.

EXHIBIT

1

8. Ms. Jones then attempted to get back up and Deputy Schneider asked me to arrest Ms. Jones.

9. Ms. Jones tried to go back into the house but I placed her under arrest.

10. I then placed Ms. Jones in my vehicle and transported her to the jail.

Further the Affiant sayeth not.

_____
Timothy Cooksey

COMMONWEALTH OF KENTUCKY

COUNTY _Christian_

Subscribed and sworn to before me by Timothy Cooksey, this 21st day of September, 2011.

My Commission Expires: Jan. 3, 2015

_____
Notary Public, State at Large
Notary Id. 433789

2