1  like this (gesturing), and, you know, everything was
2  happening very fast and in slow motion at the same time.
3  You know, I'm just -- can't believe what's happening,
4  unfolding in front of me.
5  Q.        Okay.
6  A.        I mean, the words are coming out and, I mean, he
7  didn't even give Austin a chance to respond. That's my
8  thing. He did not even give him a chance to do anything
9  before he tasered him five times.
10 Q.        Five times?
11 A.        Five!
12 Q.        Okay.
13 A.        And the reason I know it was five is because I
14 counted the marks on him.
15 Q.        Did you keep walking toward where Deputy
16 Schneider and Austin were?
17 A.        When he told me to stop, no, I'm sorry, I did
18 not. I stopped, I folded my arms. I took three steps back
19 and I stopped right by my rose bush, and there's only one
20 back there.
21 Q.        Okay. What were the other deputies doing when
22 you stopped?
23 A.        The older gentleman, he always -- he kind of
24 stayed back. He never really got up close until the end
25 and we were all being -- I was in the car. And he was such

EXHIBIT R

- 49 -