1  Q.      Okay. And, now, what was the -- before you were
2  pushed, according to what you've told me, what was the
3  closest you had ever gotten to one of the deputies?
4  A.      Well, there is only one deputy in question, and
5  that is Officer Schneider, and I was never close enough for
6  him to touch me with an outstretched arm. I can tell you
7  that. And he was -- he lunged towards me, lunged at me,
8  and I still don't know why he did that. That's the part I
9  really don't understand, and I'd like to know why he did
10 that. And after that, and then and only then, why did
11 he arrest me when I got up and said, "You broke my arm.
12 You broke my arm"?
13 Q.      Were you -- before you fell to the ground were
14 you yelling?
15 A.      No. I was in shock. I'm standing there. I did
16 yell one thing. I said, "He's only fifteen. Please don't
17 hurt him!" I was under the impression that they had
18 special officers for minors. I didn't realize that adult
19 cops -- I didn't -- I didn't know how it worked. I didn't
20 have a clue, I really didn't. This has been a very
21 educating experience.
22 Q.      Okay. What did you do after you -- after you got
23 up from being pushed to the ground?
24 A.      I jumped up. I said, "You broke my arm. I know
25 you broke it." And I can remember it. I said, "I'm going

**EXHIBIT S**

- 54 -