1  Q.        Did you go to the hospital that night?
2  A.        Yes.
3  Q.        Okay. Who took you to the hospital?
4  A.        Officer Schneider.
5  Q.        Okay. Did anybody else go with you?
6  A.        No.
7  Q.        Did you talk with Officer Schneider at the
8  hospital?
9  A.        I believe I did. And, actually, we -- you know,
10 we both -- he's a very cussin' man, I'll tell you that, and
11 I took offense to that because I didn't like that. But was
12 he -- prior to getting to the hospital he directed ever
13 hurl and insult, cuss word at me you can imagine. Did he
14 still cuss like a sailor at the hospital? Yes, he did.
15 Was it directed at me? No.
16 Q.        Did the Officer -- Deputy Schneider wait with you
17 while you were waiting to be seen by the emergency room
18 physician?
19 A.        He had to. I was in custody.
20 Q.        Did he have -- isn't it true that you told
21 Officer Schneider while you were waiting that the events of
22 this particular evening were all your fault?
23 A.        No, absolutely not.
24 Q.        Didn't tell him that?
25 A.        No, sir.

EXHIBIT
I

- 53 -