UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUACH DIVISION

| | |
|---|---|
| **TRINA WILLIAMS JONES,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | Civil Action # 5:09-cv-198-TBR |
| ) | |
| **CHRISTIAN COUNTY KENTUCKY, et al,** ) | |
| ) | **Electronically Filed** |
| **Defendants** ) | |

## ORDER

This matter having come before the Court upon the Defendants' Motion for Summary Judgment, the Court, having reviewed the Motion and being otherwise sufficiently advised, should and does hereby Order that the Defendants' Motion for Summary Judgment is granted for the reasons set forth Defendants' Memorandum of Law.