IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| TRINA WILLIAMS JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No.: 5:09-cv-198-TBR |
| ) | |
| VS. ) | Electronically Filed |
| ) | |
| ) | |
| CHRISTIAN COUNTY, KENTUCKY, et. al. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Comes now Plaintiff, Trina Williams Jones, by and through counsel, and in response to Defendants' Motion for Summary Judgment, states that same is improper as factual issues clearly exist in this case which prohibit such entry of summary judgment on behalf of Defendants.

A memorandum of law is support of this Responses is being filed separately with the Court and is incorporated herein.

This the 20th day of October, 2011.

Respectfully submitted,

BATSON NOLAN, PLC


By: ____/s/ Stephanie D. Ritchie_____
Mark Nolan, BPR No. 87588
Stephanie D. Ritchie, BPR No. 87104
Counsel for Plaintiff
121 South Third Street
Clarksville, Tennessee  37040
(931) 647-1501

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been forwarded via U.S. Mail postage prepaid and via email to the counsel below, on this 20th day of October, 2011:

Hon. Harold M. Johns
12 Public Square
P. O. Box 746
Elkton, KY  42220
(*hmjohns@johnslawfirm.com*)

Hon. J. Michael Foster
209 East Fourteenth Street
P. O. Box 24
Hopkinsville, KY  42240
(*mfoster@hopkinsville.net*)

BATSON NOLAN, PLC


By:____/s/ Stephanie D. Ritchie_____
        Mark Nolan
        Stephanie D. Ritchie